IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JANOKA, INC., d/b/a The Medicine Shop, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:11cv790-MHT (WO) |
| VEOLIA ES SOLID WASTE SOUTHEAST, INC., | ) ) ) | |
| Defendant. | ) | |

ORDER

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court plaintiff Janoka, Inc.'s motion to remand (doc. no. 8) is granted and that this cause is remanded to the Circuit Court of Barbour County, Alabama.

The clerk of this court is DIRECTED to take appropriate steps to effect the remand.

This case is closed.

DONE, this the 9th day of May, 2012.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE